

## NUMBER 13-22-00624-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

MICHELLE HERNANDEZ LEAL,                                             Appellant,

v.

THE STATE OF TEXAS,                                                  Appellee.

On appeal from the 24th District Court
of DeWitt County, Texas.

## MEMORANDUM OPINION

Before Justices Benavides, Longoria, and Tijerina
Memorandum Opinion by Justice Tijerina

Appellant, Michelle Hernandez Leal, perfected this appeal from a judgment of

conviction entered by the 24th District Court of DeWitt County, Texas in trial court cause

number 19-08-13,149A. Appellant's counsel has now filed a motion to permanently abate

the appeal, based on the death of appellant, Michelle Hernandez Leal. According to the

motion, appellant died on March 24, 2023, after appeal was perfected, but before this Court issued its mandate. *See* TEX. R. APP. P. 7.1(a)(2).

We grant appellant's motion, and, in accordance with Texas Rule of Appellate Procedure 7.1(a)(2), we hereby order the appeal permanently abated. Additionally, appellant's appointed counsel's motion to withdraw as attorney of record is granted.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of May, 2023.